**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-2279**

_____

In re: STARSHA M. SEWELL,

      Appellant.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore. James K. Bredar, Chief District Judge.  (1:18-mc-00114)

_____

Submitted:  April 18, 2024                                      Decided:  April 19, 2024

_____

Before WILKINSON, NIEMEYER, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Starsha M. Sewell, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Starsha M. Sewell appeals the district court's order returning certain pleadings to her pursuant to a previously imposed prefiling injunction.[*] On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Sewell's informal brief does not challenge the district court's rationale, she has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] To the extent that Sewell contests the prefiling injunction, we note that this court previously affirmed that order. *See In re Sewell*, 732 F. App'x 221 (4th Cir. 2018) (No. 18-1298).